LANGLEY KREUZE, SBN: 254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT J. WATSON, II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | No. 2:16-CV-000438-AC<br><br>[proposed] **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before September 19, 2016.

SO ORDERED.

DATED: September 12, 2016

　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1