LANGLEY KREUZE, SBN: 254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

ROBERT J. WATSON, II,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

No. 2:16-CV-000438-AC

**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before September 26, 2016.

SO ORDERED.

DATED: September 20, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1