PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    E-mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT JAY WATSON II, | Case No.: 2:16-cv-00438-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until November 28, 2016, to submit her response to Plaintiff's Motion for Summary Judgment/Remand.  All other dates in the Scheduling Order (ECF no. 4) shall be extended accordingly.

DATE: October 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

Case No. 2:16-cv-00438-AC
[Proposed] Order