LANGLEY KREUZE, SBN: 254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| ROBERT JAY WATSON, II,<br><br>             Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>             Defendant. | No. 2:16-CV-00438-AC<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of December 19, 2016, by twenty-one days, to the new due date of January 9, 2017, **and all other deadlines be extended accordingly**.  This extension is requested because the writer's office will be closed for the holiday period.

1

| | |
|---|---|
| DATED:  December 16, 2016 | PHILLIP A. TALBERT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX |
| */s/ Langley Kreuze*<br>LANGLEY KREUZE<br>Attorney for Plaintiff | */s/Sundeep Patel*<br> SUNDEEP PATEL,<br>(As authorized via E-mail on 12/15/16)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

LANGLEY KREUZE, SBN:  254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN0 DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROBERT JAY WATSON, II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | No.  2:16-CV-00438-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO  REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Reply on or before January 9, 2017.

SO ORDERED.

DATED: December 19, 2016                    _____
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

3